IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

SCOTT ALAN COLLINS

_____

**INDICTMENT**

3:05cr64/LAC

THE GRAND JURY CHARGES:

COUNT ONE

That from on or about September 16, 2004, through on or about September 18, 2004, in the Northern District of Florida and elsewhere, the defendant,

**SCOTT ALAN COLLINS,**

did knowingly and falsely make, alter and forge a certificate, that is, a "Certificate of Liability Insurance," which he submitted to the United States Army Corps of Engineers as proof of the existence of liability insurance coverage for the purpose of obtaining and receiving, and enabling another to obtain and receive money from the United States Army



OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

2005 JUN 22  PM 3: 51

FILED

Corps of Engineers, specifically, to obtain a contract and subsequent contract payments for work done pursuant to "Operation Blue Roof," a project to temporarily protect damaged roofs with plastic tarps following Hurricane Ivan in September 2004.

All in violation of Title 18, United States Code, Section 495.

A TRUE BILL:

_____
FOREPERSON

_____6/22/2005_____
DATE

_____
GREGORY R. MILLER
United States Attorney

_____
MICHELLE M. HELDMYER
Assistant United States Attorney